IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DEBORAH G. BARNES,**

    **Plaintiff,**

v.                                                                 Case No. 4:22-cv-78-AW-MAF

**LEON COUNTY SCHOOL BOARD, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

    The magistrate judge recommends dismissing the Sixth Amended Complaint for failure to comply with a court order and giving Plaintiff Deborah Barnes yet another chance to file a proper complaint. ECF No. 45. Neither side has objected, and I now adopt the report and recommendation and incorporate it into this order.

    The motion to dismiss (ECF No. 40) is GRANTED to this extent: The Sixth Amended Complaint is dismissed without prejudice for failure to comply with a court order. The proposed Seventh Amended Complaint (ECF No. 46) is STRICKEN, but within 14 days of the date of this order, Barnes may file one that does not exceed 25 pages. Defendants will then have 14 days to respond. The magistrate judge will conduct further appropriate proceedings.

    SO ORDERED on October 30, 2023.

                                                                s/ *Allen Winsor*
                                                                United States District Judge